UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

ANN WEISE,

                        Plaintiff,

                                                    ORDER
      v.                                            07-CV-423A

FORD MOTOR COMPANY, and
UAW LOCAL 897,

                        Defendants.

---

        The above-referenced case was referred to Magistrate Judge Leslie G. Foschio, pursuant to 28 U.S.C. § 636(b)(1)(B). On September 2, 2009, Magistrate Judge Foschio filed a Report and Recommendation, recommending that defendants Ford Motor Company and UAW Local 897's motions to dismiss be denied.

        The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

        ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge Foschio's Report and Recommendation, defendants' motions to dismiss are denied.

        The case is referred back to Magistrate Judge Foschio for further proceedings.

SO ORDERED.

                                              *s/ Richard J. Arcara*
                                              HONORABLE RICHARD J. ARCARA
                                              CHIEF JUDGE
                                              UNITED STATES DISTRICT COURT

DATED: September 24, 2009